EDWARD H. KUBO, JR.   #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

CHRIS A. THOMAS       #3514
Assistant U. S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:     Chris.Thomas@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>DAMASO ZAMBRANO,       (01)<br><br>        Defendant. | CR. NO. 00-00139 SOM<br><br>ORDER FOR DISMISSAL |

ORDER FOR DISMISSAL

      Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses, without prejudice, Count 2 of the Superseding Indictment filed on July 6, 2000, as to Defendant Damaso Zambrano on the grounds that the Defendant was charged and sentenced in Count 1 of Cr. No. 00-00139 SOM.  Per the Memorandum of Plea Agreement filed on July 25, 2000, the Government agreed to dismiss Count 2 after Sentencing.

The defendant is not in custody on the charge in Cr. No. 00-00139 SOM.

DATED: Honolulu, Hawaii, September 17, 2004.

EDWARD H. KUBO, JR.
UNITED STATES ATTORNEY
District of Hawaii

By /s/ Chris A. Thomas
CHRIS A. THOMAS
Assistant U.S. Attorney

Leave of court is granted for the filing of the foregoing dismissal.

/s/ SUSAN OKI MOLLWAY
SUSAN OKI MOLLWAY
UNITED STATES DISTRICT JUDGE

United States v. DAMASO ZAMBRANO
Cr. No. 00-00139 SOM
"Order for Dismissal"